# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR359** |
| vs. | ) | |
| | ) | **ORDER** |
| **ANDRES ARZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Second Motion to Continue Trial [27]. The defendant requests another 30-day continuance for the reason that counsel "are in active negotiations concerning a resolution of this case." The defendant did not submit with the motion an affidavit or declaration regarding speedy trial.

The court finds that the defendant has not shown good cause for a continuance.

**IT IS ORDERED** that the Motion to Continue Trial [27] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days.

**DATED January 22, 2008.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**