# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR359 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANDRES ARZA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Continue Plea [31].  Good cause being shown, the motion will be granted and the previously scheduled Change of Plea Hearing will be continued.

IT IS ORDERED that the defendant's unopposed Motion to Continue Plea [31] is granted and the Change of Plea hearing is continued to **March 19, 2008** at **3:00 p.m.** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **February 27, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of February, 2008.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge