**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR359** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANDRES ARZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On March 19, 2008, defense counsel submitted to the undersigned a "Petition to Enter a Plea of Guilty." Upon review of the document, after consultation with counsel for the United States, and considering the record as a whole, I find that the parties have not reached any plea agreement. Accordingly,

**IT IS ORDERED:**

1.  The plea hearing set for March 24, 2008 is cancelled.

2.  This matter remains set for trial on March 25, 2008.

**DATED March 19, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**