## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR359** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANDRES ARZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to seal (Filing No. 56).

IT IS ORDERED:

1. The Defendant's motion to seal (Filing No. 56) is granted; and

2. The Clerk is directed to seal the Defendant's motion (Filing No. 57).

DATED this 3rd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge