IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 8:07CR359 |
| vs. | ) ) ) | |
| ANDRES ARZA, | ) ) | |
| Defendant. | ) ) | ORDER |

This matter comes on to consider the government's motion for reduction of sentence pursuant to Rule 35(b), Filing No. 78, and motion to extend self surrender date, Filing No. 80, having considered the matter,

IT IS ORDERED that:

1. The government's request for hearing, Filing No. 78, is granted.

2. A hearing on the government's motion for reduction of sentence, Filing No. 78, pursuant to Rule 35(b) has been set before the undersigned United States district judge on **December 11, 2009 at 9:00 a.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

4. The Defendant's unopposed motion to extend his self surrender date (Filing No. 80) is granted, and the Defendant shall report no later than 2:00 p.m. on Monday, December 14, 2009, to the institution designated by the U.S. Bureau of Prisons.

Dated this 2nd day of December, 2009.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge